**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOURAV G.,<br>Petitioner,<br>v.<br><br>WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-04705-JLT-EGC (HC)<br><br>(A Number: 245-031-238)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO SUMMARILY DISMISS PETITION<br><br>(Doc. 1, 10) |

Gourav G. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 17, 2026, the assigned Magistrate Judge issued Findings and Recommendations to summarily deny the petition. (Doc. 1, 10) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (*Id.* at 4-5.) More than 10 days have passed, and no party has filed objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued July 17, 2026 (Doc. 10) are **ADOPTED** in full.
2. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**.
3. The Clerk of the Court is directed to terminate any deadlines or motions and to close

this case.

IT IS SO ORDERED.

Dated: _July 28, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE